No. 95–8429.  STEARNS-MILLER v. AULT ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–8430.  STEARNS-MILLER v. BROWN ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–8433.  ARTIS v. GARRAGHTY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 95–8436.  HENTZ v. ROBERTS, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 95–8443.  CARTER v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 95–8445.  ROUSSOS v. BAXLEY.  Ct. Sp. App. Md.  Certiorari denied.

No. 95–8446.  ROUSSOS v. FELTER.  Cir. Ct. Montgomery County, Md.  Certiorari denied.

No. 95–8449.  FLYNN v. CITY OF GARDEN CITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–8450.  HARVELL v. NAGLE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–8452.  BAL v. CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–8455.  NAVA v. UNITED STATES SOCCER FEDERATION.  Sup. Ct. Fla.  Certiorari denied.

No. 95–8457.  MATTISON v. ROACH ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–8459.  RIGGINS v. KASENOW ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–8461.  MISCH v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 95–8474.  LEVINE v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.